AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Thomas Raymond Firriolo,<br>*Plaintiff*<br>v.<br>David Diamant, M.D., AFC, LLC, Urgent Care, Greenville, South Carolina; Jessica Mitchell, FNP, Urgent Care, Greenville, South Carolina; Andrew Beazley, RN, MHA, Corporate Director, Expericience of Care, Bon Secours Health System, LLC, Greenville, South Carolina; Wael Haidar, MD, MBA, Senior Vice President, Provider Net Works, Bon Secours Health System, LLC, Greenville, South Carolina; Kathy Thorsell, Director, Bon Secours Health System, LLC, Greenville, South Carolina, Well Care Health Plan, Insurer, Columbia, South Carolina; C.T. Corporate System, LLC, Columbia, South Carolina; Home Care Health of the Low Country; Home Care of the Medland; Home Care of the Up-State, all of Columbia, South Carolina,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>Civil Action No.   6:18-cv-00898-DCC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Thomas Raymond Firriolo, shall take nothing of the defendants; David Diamant, Jessica Mitchell, Andrew Beazley, Wael Haidar, Kathy Thorsell, Well Care Health Plan, C.T. Corporate System, LLC, Home Care Health of the Low Country, Home Care of the Medland, and Home Care of the Up-State, from the complaint filed pursuant to 28 U.S.C. § 1331 and this action is dismissed without prejudice.

This action was *(check one)*:
❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date:   October 15, 2018                                         ROBIN L. BLUME, CLERK OF COURT

                                                                 _____
                                                                 *Signature of Clerk or Deputy Clerk*